**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 08-08835 |
| DAVID A. TOWNSEND, | ) CHAPTER 7 |
| | ) HON. MANUEL BARBOSA |
| Debtor. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

   At:

   On:                              Time:

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $    6,057.33 |
   | Disbursements | $    -0- |
   | Net Cash Available for Distribution | $    6,057.33 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as

follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda, Trustee | $ 0.00 | $1,355.73 | $48.67 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | $ | $ | $ |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $____0____, must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be _0_ %.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | | $ | $ |

7.  Claims of general unsecured creditors totaling $ 189,260.88  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.5%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | Discover Bank | 10,774.59 | 264.27 |
| 002 | Capital Recovery | 5,513.55 | 135.40 |
| 003 | Chase Bank | 9,448.30 | 232.20 |
| 004 | Chase Bank | 403.15 | 9.77 |

| | | | |
|---|---|---|---|
| 005 | Old 2nd NB | 10,242.33 | 251.74 |
| 006 | Old 2nd NB | 117,851.72 | 2,897.71 |
| 007 | US Bank | 1,039.05 | 25.59 |
| 008 | American Express | 4,748.65 | 116.81 |
| 009 | American Express | 863.36 | 21.40 |
| 010 | PYOD Assignee of Citibank | 6,852.16 | 168.46 |
| 011 | PYOD Assignee of Citibank | 9,204.67 | 226.15 |
| 012 | US Bank | 12,319.35 | 302.93 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: None.

Dated: _____                For the Court,


                                        By: _____
                                            Kenneth S. Gardner
                                            Clerk of the U.S. Bankruptcy Court
                                            219 S. Dearborn Street, 7th Floor
                                            Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vbrown                 Page 1 of 2                   Date Rcvd: Sep 15, 2009
Case: 08-08835                 Form ID: pdf006              Total Noticed: 45


The following entities were noticed by first class mail on Sep 17, 2009.
db           +David A Townsend,    43 W 464 Old Oaks Road,    Sugar Grove, IL 60554-9507
aty          +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
aty          +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
tr           +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
12131582      AMX Open,    PO Box 0001,    Los Angeles, CA 90096-0001
12399775     +AT&T,    PO Box 8100,    Aurora IL 60507-8100
12131580      American Express,    Customer Service,    PO Box 981535,    El Paso, TX 79998-1535
12435590      American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12131581      American Express Open,    PO Box 0001,    Los Angeles, CA 90096-0001
12131583     +Andrew T Hays,    Dahl & Bonadies,    225 W Washington St, Ste 1640,    Chicago, IL 60606-3100
12369570     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14361632      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
12131586      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
12131584      Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
12131585      Chase,    PO Box 6000,    The Lakes, NV 89163-6000
12375333      Chase Bank USA,N.A,    P O Box 14145,    Wilmington, DE 19850-5145
12131587     +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
12131588     +Customer Service,    PO Box 30495,    Tampa, FL 33630-3495
12131589     +Digital Dots, Inc,    43 W 464 Old Oaks Rd,    Sugar Grove, IL 60554-9507
12131590     +Digital Dots, Inc,    43W464 Old Oaks Rd,    Sugar Grove, IL 60554-9507
12131593     +Fox Valley Ear Nose & Throat Assoc,    1015 Summit St,    Elgin, IL 60120-4301
12131594     +Glendale Shopping Center,    c/o Dahl & Bonadies,    225 W Washington St, Ste 1640,
               Chicago, IL 60606-3100
12131595      Heartland Counseling,    PO Box 784,    Tinley Park, IL 60477-0784
12131596     +John Townsend,    529 N. 1st Street,    Geneva, IL 60134-1432
12131599     +Miriam C Townsend,    2925 Farmington Dr,    Lindenhurst, IL 60046-7930
12393554     +Old Second Bank Kane County,    c/o Attorney Richard M Furgason,    1999 W Downer Place,
               Aurora, IL 60506-4776
12131600      Old Second National Bank,    37 S. River St.,    Aurora, IL 60506-4172
12131601     +Old Second National Bank - Kane,    749 N. Main Street,    PO Box 8018,    Elburn, IL 60119-8018
12492190      PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12500221     +Property Solutions Group LLC,    c/o Sanford Kahn Ltd,    180 N LaSalle St STe 2025,
               Chicago IL 60601-2611
12131602      Sams's Club Discover,    PO Box 960013,    Orlando, FL 32896-0013
12131603      Sears,    PO Box 6922,    The Lakes, NV 88901-6922
12131604      Sears MasterCard,    PO Box 183082,    Columbus, OH 43218-3082
12131605     +Soft Water City, Inc,    440 DeKalb Ave,    Sycamore, IL 60178-1738
12131606     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    Outside Chicago-Indirect Lending,    PO Box 790179,
               Saint Louis, MO 63179-0179)
12400223     +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
12399776     +Valley Emergency Care,    PO Box 9030,    Wheeling IL 60090-9030
12131607      Visa,    PO Box 4521,    Carol Stream, IL 60197-4521
The following entities were noticed by electronic transmission on Sep 15, 2009.
12684333     +E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2009 04:40:18      Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12131592      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 16 2009 04:54:09      Discover Card,    PO Box 30943,
               Salt Lake City, UT 84130
12344073      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 16 2009 04:54:09
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12131597      E-mail/PDF: cr-bankruptcy@kohls.com Sep 16 2009 04:39:44      Kohl's,    P.O. Box 3043,
               Milwaukee, WI 53201-3043
12131598      E-mail/PDF: cr-bankruptcy@kohls.com Sep 16 2009 04:39:44      Kohl's Payment Center,    PO Box 2983,
               Milwaukee, WI 53201-2983
12684334      E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2009 04:55:20
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12360493     +E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2009 04:40:18
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB DISCOVER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
12485394*     American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12131591*    +Digital Dots, Inc.,    43W464 Old Oaks Rd,    Sugar Grove, IL 60554-9507
                                                                                               TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1         User: vbrown              Page 2 of 2              Date Rcvd: Sep 15, 2009
Case: 08-08835               Form ID: pdf006           Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2009**                    **Signature:**    _Joseph Speetjens_